CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 28 2010
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM A. JACKSON, | ) | Civil Action No. 7:10-cv-00392 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for a preliminary injunction (no. 3) is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

**ENTER:** This ___28th___ day of September, 2010.

Senior United States District Judge